Christine E. Howson (SBN 137806)
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0129
Christine.howson@wolffirm.com

Attorneys for Defendants DOVENMUEHLE MORTGAGE, INC., a Delaware corporation, and VILLAGE CAPITAL & INVESTMENT LLC, a Delaware limited liability company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY HOLMES, an individual, | Case No.: |
| Plaintiff, | |
| vs. | **CERTIFICATE OF INTERESTED PARTIES** |
| DOVENMUEHLE MORTGAGE, INC., a Delaware corporation; VILLAGE CAPITAL & INVESTMENT LLC, a Delaware Limited Liability Company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and NETCO, INC., an Illinois corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

   Pursuant to Civil L.R. 3-15, Defendants DOVENMUEHLE MORTGAGE, INC., a Delaware corporation and VILLAGE CAPITAL & INVESTMENT LLC, a Delaware limited liability company ("Defendants") submit the following Certificate of Interested Parties.

   The following listed individuals and entities have or may have a pecuniary interest in the outcome of this case.

   DOROTHY HOLMES, an individual – plaintiff;

6564-22913

DOVENMUEHLE MORTGAGE, INC., a Delaware corporation – defendant;

VILLAGE CAPITAL & INVESTMENT LLC, a Delaware limited liability company – defendant;

KB Holding Trust and Allen Knudson -- members of Defendant VILLAGE;

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation ("MERS") - defendant;

MERSCORP HOLDINGS, INC. – parent of MERS; and

NETCO, INC., an Illinois corporation.

Dated:  July 24, 2019　　　　　　　THE WOLF FIRM, A Law Corporation

By:　*/s/ Christine E. Howson*
Christine E. Howson
Attorneys for Defendants
DOVENMUEHLE MORTGAGE, INC., a Delaware corporation, and VILLAGE CAPITAL & INVESTMENT LLC, a Delaware limited liability company